**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**BURGER, MEYER & D'ANGELO, LLP**
400 South 4th St., Suite 500
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
       sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRETA CRAIG,<br><br>  Plaintiff,<br><br>vs.<br><br>WALMART INC., DOES I THROUGH X, AND ROE CORPORATIONS XI THROUGH XX, INCLUSIVE,<br><br>  Defendant. | Case No.:2:24-cv-00892-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff GRETA CRAIG, by and through her attorney of record, ANDRE T. MARQUES, ESQ., of the law firm of MORGAN & MORGAN, and Defendant WALMART, INC., by and through its attorneys of record, TABETHA A. MARTINEZ, ESQ., and SUSAN E. GILLESPIE, ESQ., of the law firm of BURGER, MEYER & D'ANGELO, LLP, and hereby submit the following Stipulation and [Proposed] Order to Extend Discovery Deadlines (First Request) for this Honorable Court's consideration (**proposed changes in bold**), seeking to extend the remaining deadlines in the current scheduling order for a period of sixty (60) days for the reasons explained herein.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the first discovery extension requested in this matter.

**DISCOVERY COMPLETED**

- The parties have conducted a Rule 26(f) conference and served their respective Rule 26(a)(1) disclosures and supplements thereto.
- The parties have exchanged written discovery and responses.
- Defendant has issued subpoenas to Plaintiff's relevant medical providers.
- On March 20, 2024, Plaintiff took the deposition of Roberta Shiroma.
- On March 20, 2024, Plaintiff took the deposition of Darrell McGaughy.
- On May 1, 2024, Plaintiff completed a Site Inspection.
- On May 2, 2024, Plaintiff took the deposition of Walmart's 30(b)(6) Designee.
- On June 27, 2024, the parties exchanged Initial Expert Disclosures.

**II.    REMAINING DISCOVERY**

- Plaintiff's Deposition is scheduled for July 23, 2024.
- Exchange of the parties' respective rebuttal expert disclosures.
- Depositions of Plaintiff's treating and/or retain expert witnesses.
- Deposition of Plaintiff's husband.
- Continued subpoenas to Plaintiff's medical providers.
- Additional written discovery as needed at this action proceeds.
- **REASON FOR REQUESTING ADDITIONAL TIME TO COMPLETE DISCOVERY**

The Parties aver that good cause exists under Local Rule 26-3 for the requested extension being made at this time. The Parties have been diligently working to complete discovery in this matter. The Parties have: (1) engaged in written discovery; (2) disclosed and supplemented their FRCP disclosures; (3) conducted and scheduled multiple depositions; and (4) exchanged initial expert report. However, on July 10, 2024, the Parties agreed to participate in a private mediation scheduled for August 21, 2024. The parties enter into mediation in good faith and wish to limit additional fees and costs incurred prior to the mediation. As such, good cause exists for extending the Rebuttal Expert Disclosures and remaining discovery deadlines. Should the mediation not resolve this matter, the extension of discovery will give the parties adequate time to complete all remaining discovery.

The Parties have acted in good faith to request this extension and neither one has reason or intent to delay these proceedings or jury trial in this matter.

- **IV.    PRIOR DISCOVERY DEADLINES**
- According to the Court's Order Granting Stipulated Discovery Plan [ECF No. 9], the existing deadlines are:
- Amend Pleadings/Add Parties:           Expired
- Initial Expert Disclosures:            Expired
- Rebuttal Expert Reports:               July 29, 2024
- Close of Discovery:                    September 25, 2024
- Dispositive Motions:                   October 24, 2024
- Joint Pre-Trial Order:                 November 25, 2024, or 30 days following the resolution of any outstanding dispositive motions.

- **V.    PROPOSED DISCOVERY DEADLINES**
- Amend Pleadings/Add Parties:           Expired
- Initial Expert Disclosures:            Expired
- **Rebuttal Expert Reports:             September 27, 2024**
- **Close of Discovery:                  November 25, 2024**
- **Dispositive Motions:                 December 23, 2024**
- **Joint Pre-Trial Order:               January 24, 2025, or 30 days following the resolution of any outstanding dispositive motions.**

If the extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

Dated: July 15, 2024                    **MORGAN & MORGAN**

*/s/ Andre T. Marques*
Andre T. Marques, Esq.
Nevada Bar No. 14737
Attorneys for Plaintiff
GRETA CRAIG

BURGER, MEYER & D'ANGELO, LLP

Dated: July 15, 2024                    **BURGER, MEYER & D'ANGELO, LLP**

*/s/ Susan E. Gillespie*
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED** this 15th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

-4-
**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**