**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
        sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

BURGER, MEYER & D' ANGELO, LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRETA CRAIG,<br><br>                    Plaintiff,<br><br>    vs.<br><br>WALMART INC., DOES I THROUGH X, AND ROE CORPORATIONS XI THROUGH XX, INCLUSIVE,<br><br>                    Defendants. | Case No.: 2:24-cv-00892-MMD-EJY<br><br>**STIPULATION FOR DEFENDANT WALMART, INC'S TO APPEAR BY SIMULTANEOUS AUDIOVISUAL TRANSMISSION EQUIPMENT FOR SETTLEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Greta Craig and Defendant, Walmart, Inc., (collectively the "Parties"), that Walmart to Appear by Audiovisual Transmission Equipment (Zoom) for the Settlement Conference set for March 26, 2026, at 9:00 a.m.

Counsel for Walmart consulted with Plaintiff's counsel and confirmed no objection on February 12, 2026. Walmart, Inc. filed a Request to Appear by Simultaneous Audiovisual Transmission Equipment for Settlement Conference on February 26, 2026. *See* Docket No. 27. Counsel for Walmart, Inc. will appear in-person.

/ / /

Good cause exists due to the Walmart representative being located in Bentonville, Arkansas.

Dated: March 19, 2026            **MORGAN & MORGAN**

*/s/ Andre T. Marques*
Andre T. Marques, Esq.
Nevada Bar No. 14737
Attorneys for Plaintiff
GRETA CRAIG

Dated: March 19, 2026            **BURGER, MEYER & D'ANGELO, LLP**

/s/ Susan E. Gillespie
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED, provided; however, that counsel for Defendant must bring to the settlement conference a computer with the necessary programming or application to allow counsel to connect via zoom or other video conference platform with Defendant's representative for the entirety of the conference. Failure to do so will be a violation of this Court's Order and may result in sanctions.**

**IT IS FURTHER ORDERED that the Request to Appear (ECF No. 27) is denied as moot.**

_____
UNITED STATES MAGISTRATE JUDGE

Date: March 19, 2026

-2-

## Alexandria C. Raleigh

| | |
|---|---|
| **From:** | Andre Marques <andre.marques@forthepeople.com> |
| **Sent:** | Thursday, March 19, 2026 2:10 PM |
| **To:** | Susan E. Gillespie |
| **Cc:** | Tabetha A. Martinez; Alexandria C. Raleigh; Nicole Gilenson; Nancy Munoz; Isabel Rodriguez |
| **Subject:** | Re: *EXT*Craig, Greta v Walmart /  2:24-cv-00892 |
| **Attachments:** | DRAFT SAO WM Request to Appear by Zoom for SC.docx |

Hi Susan,

You may affix my e-signature.

Thanks

Get Outlook for iOS

### Andre Marques
**Attorney**

**T:**  (725) 765-3921
**F:**  (213) 418-3908

6725 Via Austi Pkwy, Suite 275,
Las Vegas, NV 89119
Licensed in Nevada



$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Susan E. Gillespie <sgillespie@burgermeyer.com>
**Sent:** Thursday, March 19, 2026 5:03:06 PM
**To:** Andre Marques <andre.marques@forthepeople.com>
**Cc:** Tabetha A. Martinez <tmartinez@burgermeyer.com>; Alexandria C. Raleigh <araleigh@burgermeyer.com>; Nicole Gilenson <nicole.gilenson@forthepeople.com>; Nancy Munoz <nancy.munoz@forthepeople.com>; Isabel Rodriguez <i.rodriguezfuentes@forthepeople.com>
**Subject:** RE: *EXT*Craig, Greta v Walmart / 2:24-cv-00892

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Hi Andre,

The Court informed us that we need to submit a stipulation for the remote appearance by Walmart (as opposed to the request I filed). I am attaching the same for your review and approval.