**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:   (949) 427-1889
Email:  tmartinez@burgermeyer.com
        sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRETA CRAIG, | Case No.: 2:24-cv-00892-MMD-EJY |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WALMART INC., DOES I THROUGH X, AND ROE CORPORATIONS XI THROUGH XX, INCLUSIVE, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, GRETA CRAIG and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 26, 2026                    **MORGAN & MORGAN**


*/s/ Andre T. Marques*
Andre T. Marques, Esq.
Nevada Bar No. 14737
Attorneys for Plaintiff
GRETA CRAIG


Dated: May 26, 2026                    **BURGER, MEYER & D'ANGELO, LLP**


/s/ Susan E. Gillespie
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
Attorneys for Defendant
WALMART INC.


**IT IS SO ORDERED** this  27th day of May, 2026.


UNITED STATES DISTRICT JUDGE

-2-

BURGER, MEYER & D' ANGELO, LLP

**Alexandria C. Raleigh**

| | |
|---|---|
| **From:** | Andre Marques <andre.marques@forthepeople.com> |
| **Sent:** | Tuesday, May 26, 2026 2:29 PM |
| **To:** | Alexandria C. Raleigh; Isabel Rodriguez; Nicole Gilenson; Nancy Munoz |
| **Cc:** | Susan E. Gillespie |
| **Subject:** | Re: *EXT*Craig, Greta v Walmart /  2:24-cv-00892 - Dismissal |

Ok to affix my e-signature.

Thanks

**Andre Marques**
**Attorney**

**T:** (725) 765-3921
**F:** (213) 418-3908

6725 Via Austi Pkwy, Suite 275,
Las Vegas, NV 89119



$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Alexandria C. Raleigh <araleigh@burgermeyer.com>
**Sent:** Tuesday, May 26, 2026 1:57 PM
**To:** Andre Marques <andre.marques@forthepeople.com>; Isabel Rodriguez <i.rodriguezfuentes@forthepeople.com>; Nicole Gilenson <nicole.gilenson@forthepeople.com>; Nancy Munoz <nancy.munoz@forthepeople.com>
**Cc:** Susan E. Gillespie <sgillespie@burgermeyer.com>
**Subject:** *EXT*Craig, Greta v Walmart / 2:24-cv-00892 - Dismissal

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Good afternoon,

We have a status check tomorrow in the above case, please see the attached stipulation for dismissal for your review and approval.

**Thank you.**

**Alexandria C. Raleigh**
**Legal Assistant/Paralegal**
araleigh@burgermeyer.com
Telephone: (725) 242-8525
Facsimile:  (949) 427-1889

**Please note our address has changed:**

1